## DEPINA v. UNITED STATES.
### No. 8436.

United States Court of Appeals for the District of Columbia.

Argued June 1, 1943.

Decided June 4, 1943.

Mr. S. J. Pokrass, of Washington, D. C., with whom Mr. Morris D. Schwartz, of Washington, D. C., was on the brief, for appellant.

Mr. Charles B. Murray, Assistant United States Attorney, of Washington, D. C., with whom Messrs. Edward M. Curran, United States Attorney, and Bernard Margolius, Assistant United States Attorney, both of Washington, D. C., were on the brief, for appellee.

Before GRONER, Chief Justice, and EDGERTON and ARNOLD, Associate Justices.

PER CURIAM.

Appellant was convicted of theft and sentenced to imprisonment of 20 months to 5 years. Throughout the trial his counsel made no complaint of any ruling, action, or instruction of the court and took no exceptions. In our opinion there is nothing in the case which would justify us in departing from the rule that points not raised in the trial court will not be considered on appeal.

Affirmed.